IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTRUST, INC.,<br><br>         Plaintiff,<br><br>    v.<br><br>ADDISON AVENUE FEDERAL CREDIT UNION,<br><br>         Defendant. | CASE NO. 06-02133 (SBA) |

## ORDER

The Court hereby dismisses the above-captioned matter pursuant to the stipulation.

The parties shall each bear their own costs, expenses and attorneys' fees and waive all rights of appeal.

**IT IS SO ORDERED.**

DATED:  7/6/06_____

**United States District Court Judge**

100034576_1.DOC