IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTRUST, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>ADDISON AVENUE FEDERAL CREDIT UNION,<br><br>        Defendant. | CASE NO. 06-02133 (SBA) |

**ORDER**

    The Court hereby dismisses the above-captioned matter pursuant to the stipulation.

    The parties shall each bear their own costs, expenses and attorneys' fees and waive all rights of appeal.

    **IT IS SO ORDERED.**

DATED: 7/6/06

                                              *Saundra B. Armstrong*
                             **United States District Court Judge**

100034576_1.DOC